IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHASTITY QUINTANA,<br><br>       Plaintiff,<br><br>vs.<br><br>GERALDINE KING WOMEN CENTER, et al.,<br><br>       Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:24-cv-00147-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

   IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

   SO ORDERED this 5h day of August 2024

                                    BY THE COURT:

                                    _____
                                    ROBERT J. SHELBY
                                    United States Chief District Judge